UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-00218 |
| | ) |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM J. HAYNES, JR. |
| | ) CHIEF JUDGE |
| HASSAN SHAMS | ) |

## HASSAN SHAMS' MOTION TO STRIKE ALL PENDING PRE-TRIAL MOTIONS

Defendant, Hassan Shams ("Shams"), respectfully requests that this Honorable Court allow Shams to strike all pending Pre-trial Motions filed by Shams. Shams has this day entered into a Plea Agreement with the Government.

Respectfully Submitted:

/s Deanna Bell Johnson
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney For Shams

1